bursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

LUTHER MARTIN, Plaintiff, v. CHARLES W. MORSE and Others, Defendants, Impleaded with STEAMSHIP OPERATING COMPANY, INC., Appellant. KERNER EASTON, Receiver, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

LUTHER MARTIN, Respondent, v. CHARLES W. MORSE and Others, Appellants, Impleaded with Others.— Order modified by limiting delivery to the receiver of the possession or control of the steamship *Minneapolis* and the sum of $24,750, which the operating company has been heretofore directed by the order of the Special Term to pay to said receiver (*ante*, p. 934), besides any other moneys in the possession of the steamship company, or hereafter coming into its possession, arising out of any transactions relating to said steamship; and further modified so that the defendants shall be restrained only as to acts interfering with the receiver in the discharge of his duties or affecting the title to or possession of said steamship; and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

SULTZER & CHAMBRE, INC., a Domestic Corporation, Respondent, v. INTERCONTINENTAL CONSTRUCTION CORPORATION and THE CITY OF NEW YORK, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

LACKAWANNA BRIDGE COMPANY, Appellant, v. WORTH STEEL COMPANY, Sued as " WORTH STEEL CORPORATION," Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

MAX CANTER, Respondent, v. JACOB SPITZER and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

LOUIS KADANS, Appellant, v. HUNTER CREAMERY COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

JAMES MILNE SMITH, Appellant, v. SPENCER WIRE COMPANY and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

THE STRONG BOX COMPANY OF AMERICA, Appellant, v. NATIONAL PAPER PRODUCTS COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.; Philbin, J., dissenting.

In the Matter of the Application of the NEW YORK AND QUEENS ELECTRIC LIGHT AND POWER COMPANY, Appellant, for a Peremptory Writ of Mandamus Directed to JOHN H. DELANEY, Commissioner of Plant and Structures of the City of New York, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

L. M. RABINOWITZ & COMPANY, Respondent, v. FREYDBERG BROTHERS,